**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| YOLANDA RAGLAND,<br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>Defendant. | ) | Case No.: 4:26-cv-00233-SRB |

**STATUS REPORT**

Pursuant to this Court's recent order (ECF#4), Plaintiff hereby submits this status report regarding Defendant Lincoln National Life Insurance Company's failure to timely answer, and states as follows:

1. Plaintiff filed her Complaint (ECF#1) with the Court's Electronic Filing System on March 19, 2026.

2. The Court issued a summons as to Defendant on the same day.

3. The Commissioner of the Missouri Department of Commerce and Insurance is authorized to accept service of process on behalf of Defendant in this action.

4. Plaintiff effected service of process on the Commissioner of the Missouri Department of Insurance on March 24, 2026.

5. Plaintiff filed proof of service with the Court on March 30, 2026 (ECF#3).

6. Following discussions with a representative of Defendant, it appears the Missouri Department of Commerce and Insurance did not mail the summons to Defendant's registered agent until April 27, 2026, and it was not received by Defendant until April 30, 2026.

7. Due to these circumstances, Plaintiff believes that Defendant is likely to have until May 21, 2026, to answer the Complaint and is willing to allow Defendant until that date to do so.

8. Plaintiff respectfully submits this information for the Court's consideration and will abide by any schedule or directive the Court deems appropriate under the circumstances.

Respectfully submitted,

*/s/ Benjamin Narrell*

Benjamin Narrell, MO#76715
103 W 26th Ave., Ste. 290 North
Kansas City, MO 64116 P:
816.781.4836 F: 816.792.3634
bnarrell@burnettdriskill.com
ATTORNEY FOR PLAINTIFF