Governor Mike Kehoe
State of Missouri

Missouri Department of
Commerce & Insurance
Angela L. Nelson, Director

June 4, 2026

United States Bankruptcy
Western District
400 E. 9th St. Room 1510
Kansas City, MO 64106

Benjamin Narrell
103 w 26th Ave
Ste. 290
North Kansas City, MO 64116

RE: Yolanda Ragland v. Lincoln National Life Ins Co.
Case # 4:26-CV-00233-SRB

Dear Clerk:

The Director of the Missouri Department of Commerce and Insurance received the Summons and Petition in the above-referenced action on behalf of Lincoln National Life Ins Co.

Despite the Department's attempt to serve the foreign insurer by certified mail, in accordance with Missouri Rule of Civil Procedure 54.15(b), the Department has not received the "return receipt." Therefore, the Department cannot file an affidavit of service pursuant to Missouri Rule of Civil Procedure 54.20(c).

Thank you for properly reflecting this correspondence in the court's record.

Sincerely,

Kim Landers
Missouri Department of Commerce and Insurance

# USPS Tracking®

FAQs >

Tracking Number:

**9589071052700894146713**

Copy Add to Informed Delivery

Remove X

## Latest Update

Your item arrived at our USPS facility in PHOENIX AZ DISTRIBUTION CENTER on April 1, 2026 at 10:50 am. The item is currently in transit to the destination.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## On the Way

**Arrived at USPS Facility**

PHOENIX AZ DISTRIBUTION CENTER
April 1, 2026 10:50 AM

**Arrived at USPS Facility**

KANSAS CITY MO DISTRIBUTION CENTER
March 30, 2026 8:42 AM

What Do USPS Tracking Statuses Mean?

Feedback

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**