**MISSOURI DEPARTMENT OF COMMERCE AND INSURANCE**
PO BOX 690
JEFFERSON CITY, MO 65102-0690

PRESORTED
FIRST CLASS

US POSTAGE
ZIP 65109 $
02 4W
0000380615 J

Screened By
U.S. Marshals

United States Bankruptcy
Western District
400 E. 9th St. Room 1510
Kansas City, MO 64106

RECEIVED
2026 JUN -9 AM 10:47
CLERK U.S. DIST. COURT
WEST. DIST. OF MO
K.C. MO

FMFZNB3 64106