**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **YOLANDA RAGLAND,**<br><br>Plaintiff,<br><br>vs.<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:26-cv-00233-SRB |

**<u>JOINT PROPOSED SCHEDULING ORDER/DISCOVERY PLAN</u>**

Pursuant to this Court's Order (Doc. No. 13) and Local Rule 16.1(d), Plaintiff Yolanda Ragland and Defendant The Lincoln National Life Insurance Company have conferred regarding the contents of a proposed scheduling order and agree to the following:

1. TRIAL. This matter is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq. ("ERISA"). As such, the parties believe the most cost-effective and prudent manner to resolve the litigation is to submit this action to the Court on a stipulated record and briefing schedule and request the Court enter a Scheduling Order containing the deadlines suggested in Paragraph 7 below in lieu of a standard schedule. However, should trial be necessary, the parties agree:

   a. that the trial would likely require no more than one day to complete; and

   b. a bench trial is appropriate, as a jury trial is not permitted in this ERISA action.

2. JOINING ADDITIONAL PARTIES. Any motion to join additional parties shall be filed on or before **<u>August 6, 2026</u>**.

3. AMENDING PLEADINGS. Any motion to amend the pleadings shall be filed on or before **August 6, 2026**.

4. DISCOVERY. This is an action under the Employee Retirement Income Security Act. It is Defendant's position that the issues should be determined based solely on the administrative record and that no discovery will be permitted. It is Plaintiff's position that the alleged breaches of fiduciary duty under 29 U.S.C. § 1132(a)(3) permit discovery related to the alleged breaches of fiduciary duty. To the degree discovery is permitted, discovery will be completed no later than **October 28, 2026**.

5. EXPERT WITNESSES: The parties stipulate that no expert witnesses will be utilized in this action.

6. DISPOSITIVE MOTION DEADLINE. All dispositive motions, except those under Rule 12(h)(2) or (3), shall be filed on or before **December 16, 2026**. All dispositive motions shall include a separate section wherein each statement of fact is individually numbered so that any party opposing such motion may refer specifically to a genuine issue of material fact. Suggestions in opposition to a dispositive motion shall begin with a concise listing of material facts as to which the party contends a genuine dispute exists. All motions for summary judgment shall comply with Local Rules 7.0 and 56.1.

7. OTHER MATTERS: The parties shall file their stipulated record, along with any portions which are in dispute, no later than **November 4, 2026.** Cross Motions for Summary Judgment, and any other dispositive motion, shall be filed on or before **December 16, 2026**. Responses to the cross motions for summary judgment shall be filed no later than **January 13, 2027.** All motions for summary judgment shall comply with Local Rules 7.1 and 56.1.

Respectfully submitted,

By: */s/ Derrick A. Pearce (w/permission)*

Derrick A. Pearce, MO # 42793
Benjamin Narrell, #76715
BURNETTDRISKILL, Attorneys
103 W. 26th Ave., Ste. 290
North Kansas City, MO 64116
P: (816) 781-4836
F: (816) 792-3634
dpearce@burnettdriskill.com
bnarrell@burnettdriskill.com

ATTORNEYS FOR PLAINTIFF

**AND**

By: */s/ Iwana Rademaekers*

Iwana Rademaekers (Texas Bar No. 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- and -

By: */s/ Dan S. Folluo*

Dan S. Folluo, MOBAR #66582
dfolluo@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173
(918) 592-3390 (facsimile)

ATTORNEYS FOR DEFENDANT