**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| YOLANDA RAGLAND,<br>Plaintiff,<br>v.<br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>Defendant. | **Case No 4:26-cv-00233-SRB** |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Benjamin R. Narrell, counsel of record for Plaintiff Yolanda Ragland, and moves pursuant to Local Rule 83.2 for leave to withdraw as counsel in this matter.

Good cause exists because Plaintiff will continue to be represented by Derrick A. Pearce, who has entered an appearance and will remain counsel of record. Mr. Narrell's withdrawal will not leave Plaintiff unrepresented, delay these proceedings, or prejudice any party.

WHEREFORE, Benjamin R. Narrell respectfully requests that the Court enter an order permitting him to withdraw as counsel of record for Plaintiff and directing the Clerk to terminate him from future electronic notices in this matter.

Respectfully submitted,

**BURNETTDRISKILL, ATTORNEYS**

*By: /s/ Benjamin R. Narrell*
Benjamin R. Narrell MO#76715
103 W. 26th Ave., Suite 290
North Kansas City, Missouri 64116
Telephone: (816) 781-4836
Facsimile: (816) 792-3634
Email: bennarrell@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on July 27, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notice of electronic filing to all counsel of record.

*/s/ Benjamin R. Narrell*